UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH M SPARKS,<br><br>               Petitioner,<br><br>    v.<br><br>UNKNOWN,<br><br>               Respondent. | Case No. C08-5484RJB<br><br>ORDER |

Petitioner's application for leave to proceed *in forma pauperis* (Docs. 1) is **incomplete and/or deficient**. The clerk notified him of this deficiency and instructed Petitioner to cure the deficiency by a certain date. Plaintiff has failed to respond.

Petitioner should have one final opportunity to pay the filing fee or file a completed IFP application along with the appropriate documentation. Accordingly, Petitioner shall either pay the filing fee or file a complete application to proceed in forma pauperis **by not later than October 10, 2008.** Otherwise, the court will recommend denial of his application and dismissal of the underlying matter as frivolous.

DATED this 22nd day of September, 2008.

                                             */s/ J. Kelley Arnold*
                                             J. Kelley Arnold
                                             United States Magistrate Judge